UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-00513-JRG

Name of party requesting extension: Defendant Amarillo National Bank

Is this the first application for extension of time in this case?
- [x] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other ____________

Date of Service of Summons: 07/16/2024

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [x] Other 45 days

New Deadline Date: 09/20/2024 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Isaac Rabicoff

State Bar No.:

Firm Name: Rabicoff Law LLC

Address: 4311 N Ravenswood Ave Suite 315

Chicago, IL 60613

Phone: 7736694590

Fax:

Email: isaac@rabilaw.com

---

A certificate of conference does not need to be filed with this unopposed application.